1 | PHILIP R. GREEN, SBN: 92389
2 | BEVERLY R. GREEN SBN: 92388
    LAW OFFICES OF GREEN AND GREEN
3 | 1000 Fourth Street, Suite 595
    San Rafael, California 94901-3136
4 | Phone: (415) 457-8300
    Fax: (415) 457-8757
5 |
    Attorney for Defendants
6 | Roni Akmon, Nancy Akmon,
    Blushing Rose Publishing, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. GLADDING, an individual | Civil Action Case No. C 04 2784 |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL of COUNTERCLAIMS** |
| RONI AKMON, an individual, NANCY AKMON, an individual, BLUSHING ROSE PUBLISHING, Inc., a California Corporation, BOOKS ARE FUN, LTD., an Iowa Corporation and AMAZON.COM, INC., a Delaware Corporation, | AND ORDER |
| Defendants | |

NOTICE IS HEREBY GIVEN THAT pursuant to FRCP 41 (a) (1), DEFENDANTS RONI AKMON, an individual, NANCY AKMON, an individual, BLUSHING ROSE PUBLISHING, Inc., a California Corporation, voluntarily dismiss PLAINTIFF Pamela Gladding from Counterclaims, without prejudice pending full and final fulfillment of

1 | agreed settlement considerations and performances.

Dated this June 23, 2005

_____
Green & Green
1000 Fourth Street, Suite 595
San Rafael, CA 94901
Philip Green

## ORDER

Upon the Notice of Defendants, RONI AKMON, an individual, NANCY AKMON, an individual, and BLUSHING ROSE PUBLISHING, Inc., a California Corporation, the Counter Claims of RONI AKMON, an individual, NANCY AKMON, an individual, and BLUSHING ROSE PUBLISHING, Inc., a California Corporation are hereby dismissed without prejudice pending fulfillment of the parties of their settlement.

Dated: 6/27/05

/s/ Samuel Conti
Judge Samuel Conti

Proof of Service [FRCP 4, 5]

I, HEREBY declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Marin; my business address is Law Offices of Green & Green Courthouse Square 1000 Fourth Street, Suite 595 San Rafael, California 94901-3118. On June 24, 2005 I served the within:

**Notice of Voluntary Dismissal of Counterclaims of Blushing Rose Publishing, Inc. and Roni and Nancy Akmon**

on all parties in this action, as addressed below, by causing a true copy thereof to be electronically filed with the Court and distributed as follows:

| Law Office of Alan Korn<br>1840 Woolsey Street<br>Berkeley, CA 94703<br><br>Fax (510) 540-4821 | Rochelle Wilcox, Esq.<br>Davis Wright Tremain, LLP<br>Embarcadero Center Suite 600<br>San Francisco, CA 94111-3611<br><br>Fax (415) 276-6599 |
|---|---|

[ x ] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] I sent a true and correct copy of said document by facsimilie transmission (fax) on the date declared herein.

[ ] VIA EXPRESS CARRIER: I caused such document to be collected by an agent for Federal Express, Tracking No. [ ] to be delivered to the office of the stated parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 24, 2005, at San Rafael, California.

Philip Green
Law Offices of Green & Green