ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Phone: 510/548-7300
Fax: 510/540-4821

Attorney for Plaintiff
Pamela J. Gladding

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA J. GLADDING, an individual, | Civil Case No. C 04 2784-SC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| RONI AKMON, an individual, NANCY AKMON, an individual, BLUSHING ROSE PUBLISHING, INC., a California Corporation, BOOKS ARE FUN, LTD., an Iowa Corporation, and AMAZON.COM, INC., a Delaware Corporation | |
| Defendants | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Proc. 41(a), that Plaintiff Pamela J. Gladding voluntarily dismisses each of the above-captioned Defendants, *with*

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE – PAGE 1

*prejudice* based on the full and final fulfillment of agreed settlement conditions and performances.

Dated: July 5, 2006

LAW OFFICE OF ALAN KORN

By: /s/ Alan Korn
Alan Korn
Attorney for Plaintiff
Pamela J. Gladding

## ORDER

Upon the Notice of Plaintiff Pamela J. Gladding, the Complaint for Damages as to Defendants RONI AKMON, an individual, NANCY AKMON, an individual, BLUSHING ROSE PUBLISHING, INC., a California Corporation, and BOOKS ARE FUN, LTD., an Iowa Corporation, is hereby dismissed, with prejudice, based on the full and final fulfillment of agreed settlement considerations and performances between the parties.

Dated: 7/6/06

Hon. 
Judge Samuel Conti

## PROOF OF SERVICE

I, Alan Korn, declare as follows:

I am employed by Law Office of Alan Korn in Alameda County, California. I am over the age of eighteen (18) years; my business and employment address is 1840 Woolsey Street, Berkeley, California 94703.

On June 5, 2006, I served a true copy of the following:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the parties listed below in this action by causing them to be mailed via U.S. Mail, postage prepaid, to the addressee at the following address:

Philip R. Green
Law Offices of Green and Green
1000 Fourth Street, Suite 595
San Rafael, CA  94901-3136

Rochelle L. Wilcox, Esq.
Davis Wright & Tremaine LLP
One Embarcadero Center, Suite 600
San Francisco, CA  94111-6500

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct. Executed on July 5, 2006, at Berkeley, California.

Alan Korn